1  AARON D. FORD
     Attorney General
2  Katlyn M. Brady (Bar No. 14173)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 East Washington Ave., #3900
   Las Vegas, Nevada 89101
5  (702) 486-0661 (phone)
   (702) 486-3773 (fax)
6  katlynbrady@ag.nv.gov

7  *Attorneys for Defendant Tito Buencamino*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| EMERSON LESLIE, | Case No. 2:18-cv-02347-GMN-EJY |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| TITO BUENCAMINO, *et al.*, | |
| Defendants. | |

It is stipulated by and between Kenneth Emerson Leslie, Plaintiff pro se, and Defendant Tito Buencamino, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Katlyn M. Brady, Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs. This stipulation is made and based on a Settlement Agreement reached by the

. . .

. . .

. . .

parties. The parties further state they have resolved this matter in its entirety, and that the Court may accordingly close the case.

DATED this 31 day of December, 2019.  DATED this 31st day of December, 2019.

AARON D. FORD
Attorney General

By: _____
Katlyn M. Brady (Bar No. 14173)
Deputy Attorney General

By: _____
Kenneth Emerson Leslie
*Plaintiff Pro Se*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, District Judge
United States District Court

**DATED** this  3  day of January, 2020.